RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by Idnar Diaz
Date: 2025.03.04 14:50:59 -04'00'

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GUSTAVO ALBERTO LORA-PEGUERO,**<br>Defendant. | **INFORMATION**<br><br>CRIMINAL NO.  25-102-SCC<br><br>VIOLATIONS:<br>18 U.S.C. § 111(a)(1); 8 U.S.C. § 1325(a)<br>(ONE COUNT) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### Forcibly Resisting a Federal Officer
### (Title 18, *United States Code*, Section 111(a)(1))

On or about February 16, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**GUSTAVO ALBERTO LORA-PEGUERO,**

voluntarily and intentionally did forcibly resist and impede a federal officer pursuant to Title 18, *United States Code*, Section 1114, to wit: United States Customs and Border Protection Enforcement Officer Gamaliel Flores, whom was at the time engaged in official duties as a federal officer. All in violation of 18 U.S.C. §§ 111(a)(1).

### COUNT TWO
### Improper Entry by Alien
### (Title 8, *United States Code*, Section 1325(a))

On or about December 22, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**GUSTAVO ALBERTO LORA-PEGUERO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), knowingly entered and attempted to enter the United States, at any time or place other than as designated by immigration officers. All in violation of 8 U.S.C. § 1325(a).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney