

# Memorandum
## 25-cr-102-SCC



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by Gizelle M. Rivera, Operations Manager
DN: cn=Gizelle M. Rivera, Operations Manager, o=USDC-PR, email=Gizelle_Rivera@prd.uscourts.gov, c=US
Date: 2025.03.04 14:41:00 -04'00'

| Subject | Date |
|---|---|
| Request for Filing of Information<br>18 U.S.C. § 111(a)(1);<br>8 U.S.C. § 1325(a) | March 3, 2025 |

**To:**

Ada I. García-Rivera, Esq., CPA
Clerk, US District Court

**From:**

SAUSA Steven Liong-Rodríguez

Pursuant to Rule 7 of the Federal Rules of Criminal Procedure, attached are the original of the Information that will be filed before the Court in relation to complaint number 25-129m. Please be advised that the information charges the defendant with violations of Title 18, *United States Code*, Section 111(a)(1) and Title 8, *United States Code*, Section 1325(a). Since both offenses are misdemeanors, no waiver of indictment is necessary.

Should there be any questions, please do not hesitate to call SAUSA Steven Liong-Rodríguez, telephone number (787) 360-8491.

| # | Defendant's name | Criminal No. | Represented by: | SAUSA |
|---|---|---|---|---|
| 1 | Gustavo Alberto Lora-Peguero | 25-129m | AFPD María Carolina Gómez-González | Steven Liong-Rodríguez |