AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 2025.03.10 13:22:12 -04'00'

United States of America )
v. )
) Case No. 25-102 (SCC)
Gustavo Alberto Lora-Peguero )
_____Defendant_____ )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/10/2025

_Gustavo_
Defendant's signature

_Maria Carolini Gomez_
Signature of defendant's attorney

AFPD Maria Carolina Gomez
Printed name of defendant's attorney

_Marshal␣_
Judge's signature

Marshal D. Morgan, U.S. Magistrate Judge
Judge's printed name and title