UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>Gustavo A. Lora-Peguero (1)<br>Defendant | Criminal No. 25-102 (SCC)/(MDM)<br><br>CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE<br>JUDGE IN A FELONY CASE: FOR<br>PLEADING GUILTY<br>(RULE 11, Fed.R.Crim. P.) |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
Date: 2025.03.10 13:22:53 -04'00'

## WAIVER OF RIGHT TO TRIAL BY JURY

The United States Magistrate-Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate-Judge has further informed me of my right to the assistance of legal counsel throughout all stages of the cases including sentencing. The Magistrate-Judge has informed of my right to trial, judgment and sentencing before a United States District Judge

I HEREBY: Waive (give up) my right to trial before a United States District Judge and express my consent to proceed before a Magistrate-Judge while I plead guilty (Rule 11 proceedings) and the entry of a judgment of conviction upon the Magistrate-Judge's recommendation. I understand that sentence will be imposed by a District Judge.

___GUSTAVO___         ___Maria [signature]___
(Defendant)                (Defendant's Attorney)

I HEREBY: Waive (give up) my right to stand trial by jury.

___GUSTAVO___         ___Maria [signature]___
(Defendant)                (Defendant's Attorney)

Consented to by the United States  ___[signature]___
                                    (Signature)

                                    Steven Lions-Rodriguez
                                    (Name and Title)

Approved by: ___[signature]___      Date: 3/10/25
U. S. Magistrate-Judge